
**FILED**
5/5/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Clifton Lemon Jr.
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Thomas J. Dart
Toni Preckwinkle
_____
_____
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

APR 01 2016 EAG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-3974
Judge Sharon Johnson Coleman
Magistrate Judge Sheila Finnegan
PC 6

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

    A. Name: Clifton Lemon Jr.

    B. List all aliases: N/A

    C. Prisoner identification number: CC doc # 20130614107

    D. Place of present confinement: Cook county Dept of coret.

    E. Address: P.O box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Thomas J. Dart

        Title: Cook county Sheriff

        Place of Employment: Cook county Dept of corection

    B. Defendant: Toni Preckwinkle

        Title: President Board of commissioner of CCdoc

        Place of Employment: 704 Richard J. Daley center

    C. Defendant: N/A

        Title: N/A

        Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: N/A

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

  F. Name of judge to whom case was assigned: N/A

  G. Basic claim made: N/A

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Please be advise to who it may concern I have been living in a contaminated Division with tiles missing off the floor, mold building under the tiles, There is mold growning in the corners of the windows, There is water leaking from the bottom of the flush button to flush the toilet, the day room has mold building around the wall and along the along the wall to the showers leaving more mold in the corners of the showers wall, mice and rats running around in the day room area and paint on the doors and walls chipping etc...

I have been living here for 8 months

Revised 9/2007

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____
_____
_____
_____
_____
_____

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

__(Clifton Lemon) Clifton Lemon__
(Signature of plaintiff or plaintiffs)

__Clifton Lemon__
(Print name)

__20130614107__
(I.D. Number)

__Cook County Dept of__
__Corrections P.O box 089002__
__Chicago Illinois 60608__
(Address)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☒ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**

## !This section is to be completed by Program Services Staff - ONLY! (! Para ser llenado solo por el personal de Program Services !)

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

_Program Services Supervisor Approving Non-Grievance (Request) Signature_

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

## INMATE INFORMATION (Información del Preso)

PRINT - INMATE LAST NAME (Apellido del Preso): **Lemon Jr.**
PRINT - FIRST NAME (Primer Nombre): **Clifton**
ID Number (# de identificación): **20130614107**
DIVISION (División): **6**
LIVING UNIT (Unidad): **2P**
DATE (Fecha): **3/25/15**

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request / Response / Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the request is deemed unsatisfactory.

* Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
* Las decisiones del Comité Disciplinario de los preso, no podrán ser cuestionadas o apeladas a través del uso del Formulario de Quejas / Respuesta / Forma de Apelación.
* Cuando una queja se procesa como una QUEJAS NO (PETICIÓN), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.

PLEASE INCLUDE: Date of Incident - Time of Incident - Specific Location of Incident
(Por Favor, Incluya:) Fecha Del Incidente - Hora Del Incidente - Lugar Específico Del Incidente

Please be advise to who it may concern I have been living in a contaminated Division with tiles missing off the floor mold building under the tiles, there is mold growing in the corners of the windows, there is water leaking from the bottom of the flush button to flush the toilet, the day room has mold building along the wall to the showers leaving more mold in the corners of the shower wall, mice and rats running around at night in the day room area and paint on the door chipping etc... I have been living here for 8 months

**ACTION THAT YOU ARE REQUESTING** (Acción que esta solicitando):

I would like a civil suit under the 1983 act and all my remedy to be exausted 0/200,000

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información):

INMATE SIGNATURE (Firma del Preso): _[signed]_

SUPERINTENDENTS / DIRECTORS / DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE'S GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW / PLATOON COUNSELOR (Print): **D.W.**
SIGNATURE: **D.W.**
DATE CRW/PLATOON COUNSELOR RECEIVED: **3/31/15**

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED: ___/___/___

To: United States District Court
~~Clerk of Federal Court~~

I Clifton Lemon Jr. filed a Civil Suit for being in a Contaminated Division last year in 2015. I have been referred to the federal Court by the Office of the Clerk of the Circuit court of cook county.

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**



Civil Division
Richard J. Daley Center
Room 601
Chicago, Illinois 60602
(312) 603-5116
FAX: (312) 603-3330
www.cookcountyclerkofcourt.org

### OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Clifton Lemon Jr.
20130614107
P.O BOX 089002
Chicago, IL 60608

Dear Mr. Lemon,

I am in receipt of your correspondence sent to the Cook County Clerk of the Circuit Court. We regret to inform you that our office is unable to be of further service at this time because of the following reason(s):

☐ No Case Number was found matching the information provided

☐ Funds Required

   The fee for this service is ____.___$

   ➢ Application for waiver of Court fees was denied

☐ Forms Required(Attached)

If you have any further procedural questions or concerns regarding your case, please contact our office.

Clerk of the Circuit Court of Cook County
Civil Division
Room 601
50 W. Washington Street
Chicago, IL 60602

Sincerely,

*Te'Anna Johnson*

Te'Anna Johnson
Manager, Civil Division

Cc: Janet Hunter, Chief Deputy Clerk, Civil Division
    Joyce Martinez, Assistant Deputy Clerk, Civil Division

*New fee Sheet*

Court Fees and Costs 705 ILCS 105/27.2a Effective 12/01/2015         (Rev. 11/25/15) CCG 0603 A

# DOROTHY BROWN
## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### FILING COSTS*
The filing fee to initiate a Civil Action is $359.00 except when the amount of money or damages or the value of personal property claimed:
- does not exceed $250.00     $141.00
- exceeds $250.00 but does not exceed $1000.00     $194.00
- exceeds $1000.00 but does not exceed $2500.00     $199.00
- exceeds $2500.00 but does not exceed $5000.00     $249.00
- exceeds $5000.00 but does not exceed $15,000.00     $269.00
- exceeds $15,000.00     $359.00

### FORCIBLE ENTRY AND DETAINER
In each Forcible Entry and Detainer case when the plaintiff:
- seeks possession only or unites a claim for rent or damages or both in the amount of $15000.00 or less     $259.00
- unites a claim for possession with a claim for rent or damages or both exceeding $15,000.00     $454.00
- Attachment     based on amount of claim
- Replevin     based on claimed value of property
- Transcript of Judgment     based on amount of judgment

### COUNTERCLAIM, THIRD PARTY ACTION OR CONTRIBUTION
When any defendant files a counterclaim as part of his or her answer or otherwise, or joins another party as a third party defendant, or both, the defendant shall pay a fee for each such counterclaim or third party action in an amount equal to the fee he or she would have had to pay had he or she brought a separate action for the relief sought in the counterclaim or against the third party defendant, less the amount of the appearance fee, if that has been paid.

### APPEARANCE FEES*
The fee to file an Appearance in a Civil Case is $228.00 except:
- Forcible Entry and Detainer (Possession Only)     $198.00
- Claims not to exceed $1500.00     $198.00
- Claims in excess of $1500.00 but not to exceed $15,000.00     $208.00
- Claims in excess of $15,000.00     $228.00

### CONFESSION OF JUDGMENT*
- Claims not to exceed $1500.00     $189.00
- Claims in excess of $1500.00 but not to exceed $5,000.00     $269.00
- Claims in excess of $5000.00 but not to exceed $15,000.00     $379.00
- Claims in excess of $15,000.00     $429.00

### JURY FEES
Claims for damages not in excess of $10,000.00 (Sup Ct. Rule 285)
- Six-Person Jury     $12.50

Claims for damages not in excess of $50,000.00
- Six-Person Jury     $230.00

Claims for damages in excess of $50,000.00
- Six-Person Jury     $230.00

### GARNISHMENT AND WAGE DEDUCTION AFFIDAVIT AND CITATION PETITION
- Claims not to exceed $1000.00     $25.00
- Claims in excess of $1000.00 but not to exceed $5,000.00     $45.00
- Claims in excess of $5,000.00     $80.00

### MISCELLANEOUS
- For each alias summons     $6.00

Petition or motion to vacate, modify or reconsider any final judgment, decree or order, except in forcible entry and detainer cases; small claims cases; petitions to reopen estates; or petitions to modify, terminate, or enforce judgments or orders for child support or spousal support.
- If filed before 30 days after the entry of each judgment, decree or order     $60.00

*The above Filing, Appearance and Confession of Judgment Fees include Law Library Fee of $21.00, Court Automation Fee of $25.00, Document Storage Fee of $25.00, Court Services Fee of $25.00, Children's Waiting Room Fee of $10.00 and Mandatory Arbitration Fee of $10.00 where applicable. A $1.00 Dispute Resolution Fee is charged to the party initiating the action at the time of filing the first pleading in all civil cases. A $2.00 Access to Justice Fund Fee is charged at the time of filing the first pleading, paper or other appearance in all civil cases.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 2

Court Fees and Costs 705 ILCS 105/27.2a Effective 12/01/2015 (Rev. 11/25/15) CCG 0603 B

### MISCELLANEOUS (CONT.)

- If filed later than 30 days after the entry of each judgment, decree or order
  *[This fee shall be charged in forcible entry and detainer cases, small claims cases and petitions to reopen estates.]* — $90.00
- Petition to vacate an order of bond forfeiture (Civil) — $80.00
- For filing a petition for a writ of habeas corpus — $190.00
- For each certification or authentication with the seal of office — $9.00
- For appeals when original documents are forwarded:
  - Under 100 pages, plus delivery and costs — $110.00
  - Over 100 pages and less than 200, plus delivery and costs — $185.00
  - Over 200, an additional fee for each page over 200 — $0.30
- When the Clerk is required to mail: postage plus — $15.00
- Exception: SCR284, small claims, postage plus — $2.00
- For each expungement petition — $120.00
- For each certified copy of the expungement order — $4.00
- For record searching, for each year searched — $9.00
  - For single plaintiff/defendant inquiry of computer — $-0-
  - For single case inquiry of computer without printout — $-0-
  - For each page of computer printout — $9.00
- For reproduction of any document contained in the Clerk's files:
  - First page — $2.00
  - Next 19 pages, per page — $0.50
  - All remaining pages, per page — $0.25

### CRIMINAL AND QUASI-CRIMINAL COSTS

From each person convicted, the costs shall be as follows:

- Jury Fee (Ordinance Violations only) Punishable by fine only — $250.00
- Felony Complaints** — $190.00
- Misdemeanor Complaints** — $110.00
- Business Offense Complaints** — $110.00
- Petty Offense Complaints** — $110.00
- Minor Traffic and Ordinance Violations (Municipal Agencies)** — $30.00
- When court appearance is required (Municipal Agencies)** — $50.00
- Minor Traffic and Ordinance Violations (Other Agencies)** — $30.00
- When court appearance is required (Other Agencies)** — $50.00
- Motions to amend or vacate final orders — $80.00
- For filing a petition to vacate an order of bond forfeiture** — $45.00
- Motions to vacate ex-parte judgment — $45.00
- Motions to vacate "failure to appear/failure to comply" Notices to S.O.S. — $50.00
- Motions to vacate judgment of forfeitures** — $30.00
- Court Automation Fee** — $25.00
- Document Storage Fee** — $25.00
- Filing a Petition for a Writ of Habeas Corpus** — $287.00

**Fees applicable upon conviction only

NOTE:
For more detailed information, consult the Illinois Compiled Statutes, 705 ILCS 105/27.2a, 105/27.3a, 105/27.3c., 105/27.3g. Fee schedules are available in all the Cook County Circuit Court Clerk's Offices, as well as on the Clerk's website www.cookcountyclerkofcourt.org.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 2

Order to Sue or Defend as an Indigent Person (Rev. 6/15/11) CCG N689 C

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Clifton Lemon, Jr.
_____
**Plaintiff/Petitioner**

v.

Thomas Dant
_____
**Defendant/Respondent**

No. _____

Calendar _____

## ORDER

This matter coming before the Court on an Application and Affidavit to Sue or Defend as an Indigent Person, the Court being fully advised in the premises, IT IS HEREBY ORDERED;

Pursuant to Supreme Court Rule 298 and 735 ILCS 5/5-105:

☐ The applicant is permitted to sue or defend without payment of fees, costs or charges. Fees for the reproduction of any documents contained in the court file or the electronic docket are not waived without specific order of court. The applicant may be ordered to pay any portion of the waived fees or costs out of a settlement or judgment resulting from this action.

☒ The application is denied for the following reason(s): Should be filed in Federal Court - Civil Rights Action

☐ Payment shall be: ☐ made by _____ (date) OR ☐ deferred until _____ (date) OR ☐ other _____

**Associate Judge Leon Wool**
**FEB 19 2016**
**Circuit Court - 1802**

ENTERED:

Dated: 2/19/16

Leon Wool 1802
_____
Judge                  Judge's No.

Payment should be made by cash, money order or cashier's check, directly to the Clerk of the Circuit Court of Cook County at the courthouse where you filed your application.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. PETITIONER'S COPY  Pink: 3. RESPONDENT'S COPY